McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAKHVIR SINGH PANDHER,  )<br><br>       Plaintiff,    )<br><br>   v.    )<br><br>Michael Chertoff, Secretary of Homeland  )<br>Security, et al.    )<br><br>       Defendants.   )<br>_____ ) | No. 07-CV-F-806-LJO-DLB<br><br><br>JOINT STIPULATION AND ORDER |

   This is an immigration case in which plaintiff alleges that defendants have delayed in the

adjudication of plaintiff's Application for Naturalization, and seeks a *de novo* determination of

that Application pursuant to 8 U.S.C. § 1447(b).  The matter is now ripe for administrative

adjudication.  Accordingly, and in lieu of defendants' motion to remand, the parties stipulate that

the case be remanded with instructions to the United States Citizenship and Immigration Services

to adjudicate the application within 60 days from the date of the order of remand.

                                      Respectfully submitted,

Dated: August 1, 007                  /s/ Ada E. Bosque
                                      Ada E. Bosque
                                      Department of Justice


                                      /s/ James M. Makasian
                                      James M. Makasian
                                      Counsel for Plaintiff

1

**ORDER**

2

For the reasons set forth in the Joint Stipulation, this Court:

3

1.  REMANDS this action to United States Citizenship and Immigration Services pursuant to

4

8 U.S.C. § 1447(b) with instructions to adjudicate the Application for Naturalization no

5

later than October 10, 2007;

6

2.  ORDERS the parties, no later than October 15, 2007, to file: (1) papers to dismiss this

7

action in its entirety; or (2) a joint report on the status of adjudication by the U.S.

8

Citizenship and Immigration Services of plaintiff's naturalization application and whether

9

the parties request a conference to set trial and related dates.  This Court will close this

10

action if the parties fail to timely file papers to dismiss this action or a status report.

11

12

IT IS SO ORDERED.

13

**Dated:     August 8, 2007**                              **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28