UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKHVIR SINGH PANDHER,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of the U.S. Citizenship & Immigration Services, SUSAN CURDA, District Director of District 22 of the United States Citizenship and Immigration Services, DON RIDING, Officer in Charge of the Fresno Office of the United States Citizenship and Immigration Services, McGREGOR W. SCOTT, Attorney General of the United States, Eastern District, and ROBERT MUELLER, Director of the Federal Bureau of Investigation,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-07-0806 LJO DLB<br><br>**ORDER AFTER NOTICE OF VOLUNTARY DISMISSAL**; **ORDER TO CLOSE CASE** |

On September 4, 2007, Plaintiff Lakhvir Singh Pandher ("Plaintiff") filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). (Doc. 14). Fed. R. Civ. P. 41 confers onto a plaintiff "an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *American Soccer Co. Inc., v. Score First Enterprises*, 187 F.3d 1108, 1109 (9th Cir. 1999) (citing *Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)* (citations and footnote omitted). Accordingly, this action is DISMISSED. The clerk is DIRECTED to CLOSE this case. IT IS SO ORDERED.

Dated:　September 5, 2007　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE